UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIRIAM E. CORDOVA ROSALES,<br><br>    Defendant. | NO. **CR-11-2031-LRS**<br><br>**ORDER OF DISMISSAL** |

Defendant, accompanied by her counsel, Alison K. Guernsey, Esq., appeared before the court for a pre-trial conference on August 1, 2013. Shawn Anderson, Esq., Assistant U.S. Attorney, appeared on behalf of the Government.

The Government indicated its intention not to oppose Defendant's Motion To Dismiss (ECF No. 29). The motion is **GRANTED** and the Indictment against the Defendant is **DISMISSED**. All other motions (ECF Nos. 30, 33 and 38) are rendered moot and are hereby **DISMISSED**. The Court makes no finding concerning the merits of Defendant's motion.

**IT IS SO ORDERED.** The District Executive shall forward copies of this order to counsel of record..

**DATED** this   1$^{s\,t}$   of August, 2013.

*s/Lonny R. Suko*
───────────────────
LONNY R. SUKO
United States District Judge

**ORDER OF DISMISSAL -**            **1**